JOSEPH WOLPERT et al., respondents,

*v.*

PALISADES GARDENS, INC., appellant.

[Decided October 10th, 1940.]

*Mr. LeRoy Vander Burgh* and *Mr. Voorhees Kline,* for the respondents.

*Mr. Anthony J. Armore* and *Mr. John D. Pierson,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Kays, and reported in *127 N. J. Eq. 62.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER, DEAR, WELLS, WOLFSKEIL, RAFFERTY, HAGUE, JJ. 13.

*For reversal*—None.